# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WISCONSIN

---

JOHN NEIGHBORS,

      Plaintiff,

      v.                                    Case No. 20cv1427

NICHOLAS SIGMUND (in his individual capacity),

      Defendant.

---

## COMPLAINT

---

NOW COMES THE PLAINTIFF, John Neighbors, by his attorneys Gingras, Thomsen & Wachs by Paul A. Kinne and Chad E. Kemp, and hereby states the following as his Complaint in the above-referenced matter.

### NATURE OF PROCEEDINGS

1. This civil action is brought pursuant to 42 U.S.C. § 1983 and the Fourteenth Amendments to the United States Constitution, to redress the racially discriminatory treatment of plaintiff by Defendant Sigmund.

### PARTIES

2. At all times relevant hereto, John Neighbors (Neighbors) has been a resident within the Eastern Judicial District of Wisconsin.

3. Defendant Nicholas Sigmund (Sigmund) has, at all times relevant to this matter, worked with the Eastern Judicial District of Wisconsin, as a Senior Zoning Officer with Walworth County Land Use and Resource Management (LURM). All conduct attributable to him described in this complaint was undertaken intentionally and committed within the scope of his employment and under color of law.

## JURISDICTION AND VENUE

4.      This court has jurisdiction over this matter pursuant to 42 U.S.C.§ 1983, the First and Fourteenth Amendments to the United States Constitution, and pursuant to 28 U.S.C. §§ 1331 and 1343.

5.      This claim may be venued in the Eastern District of Wisconsin pursuant to 28 U.S.C. § 1391, insofar as all the parties reside and/or do business in this district, and the circumstances giving rise to the claim occurred in this district.

## FACTUAL ALLEGATIONS

6.      On or about June 21, 2018, Neighbors invited guests to his Elkhorn, Wisconsin, property that is located in Walworth County.

7.      The event was intended to be a three day gathering.  The plan was for his guests to sleep in tents, campers or similar accommodations.

8.      Neighbors's gathering began on June 21, as planned.

9.      On June 21, Sigmund visited Neighbors's property, prior to any camping taking place.

10.      On June 22, Sigmund informed Neighbors that Neighbors could not go forward with his gathering.  During the course of this conversation, Sigmund threatened Neighbors with fines of $30,000.

11.      Neighbors's property is a tree farm, not a campground.  Neighbors has no facilities one would associate with a commercial campground.

12.      Sigmund issued Neighbors a citation for operating a campground not zoned for such use, and for lacking a conditional use permit. Sigmund issued each citation for each day of the gathering, resulting in a total of six citations.

13. Neighbors' camping gatherings were commonly held in Walworth County, given its proximity to a popular outdoor music venue, Alpine Valley Music Theater.

14. Neighbors is African American.

15. At all times relevant hereto, Sigmund knew that Neighbors was African American.

16. Upon information and belief, Sigmund is white.

17. Upon information and belief, Sigmund knew about white landowners who held camping gatherings in areas not zoned for such gatherings and without conditional use permits.

18. In fact, Sigmund had even camped on private property himself.

19. Upon information and belief, Sigmund did not issue citations to white landowners who held camping gatherings in areas not zoned for such gatherings and without conditional use permits.

<u>FIRST CAUSE OF ACTION AGAINST SIGMUND –
VIOLATION OF 14TH AMENDMENT RIGHTS RACE DISCRIMINATION</u>

20. The plaintiff realleges and incorporates the preceding paragraphs as if set forth fully herein.

21. By engaging in the conduct set forth in this Complaint, Sigmund intentionally discriminated against Neighbors on account of his race and denied him equal protection under the law when he issued citations to him that he did not issue to similarly situated white landowners.

22. Said violation has caused Neighbors severe and permanent emotional, psychological and economic injuries.

WHEREFORE, the plaintiff demands the following relief:

A. An award of compensatory damages against the defendant that will justly compensate the plaintiff for his emotional, psychological and economic losses.

B. An award of punitive damages against Sigmund for the willful, wanton and reckless

acts she has committed against the plaintiff;

     C.     An award of plaintiff's reasonable attorneys' fees and costs incurred in this action;

     D.     Pre- and post-judgment interest; and

     E.     Such other relief as the Court deems just and appropriate.

<u>JURY DEMAND</u>

The plaintiff respectfully requests that this matter be tried before a jury of six (6) competent persons.

Dated this 11th of September 2020.

**GINGRAS THOMSEN & WACHS LLP**
Attorneys for Plaintiff


*s/ Paul A. Kinne*
Paul A. Kinne
State Bar Number: 1021493
Chad E. Kemp
State Bar Number: 1061621

8150 Excelsior Drive
Madison, WI 53717
Phone: (608) 833-2632
Fax: (608) 833-2874
Email: kinne@gtwlawyers.com
     ckemp@gtwlawyers.com