UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JOHN NEIGHBORS,

        Plaintiff,

   v.

NICHOLAS SIGMUND,

        Defendant,

Case No. 20-cv-1427-bhl

## ORDER

On April 7, 2021, Plaintiff John Neighbors filed a motion to voluntarily dismiss his complaint with prejudice. (ECF No. 17.) Pursuant to Federal Rule of Civil Procedure 41(a)(2), the Court will grant Neighbors' motion. Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to dismiss, (ECF No. 17), is **GRANTED** and the case is **DISMISSED** with prejudice.

**IT IS FURTHER ORDERED** that defendant's motion for judgment on the pleadings, (ECF No. 15), is **DENIED** as moot.

Dated at Milwaukee, Wisconsin on April 16, 2021.

                                  s/ Brett H. Ludwig
                                  BRETT H. LUDWIG
                                  United States District Judge